IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARCUS WASHINGTON,        )<br>                           )<br>     Plaintiff,           )<br>                           )<br>     v.                    )<br>                           )<br>WARDEN LOUIS BOYD, et al., )<br>                           )<br>     Defendants.           ) | CIVIL ACTION NO.<br>   2:13cv30-MHT<br>       (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit claiming that he was assaulted by another prisoner due to the deliberate indifference of the defendant prison officials and correctional officers, that the correctional officers were deliberately indifferent in responding to the assault, and that the actions taken in response to the incident violated plaintiff's right to due process. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted.  There are no objections to the

recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of March, 2016.

                      /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE